Official Form 417A (12/15)

**United States Bankruptcy Court**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

Robert Brower, Sr.,

Debtor

Case No.  15-50801

Chapter  11

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Robert Brower, Sr.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER CONFIRMING CREDITOR MUFG UNION BANK, N.A.'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED NOVEMBER 2, 2017

2. State the date on which the judgment, order, or decree was entered:   11/8/2017

Official Form 417A (12/15)

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: MUFG Union Bank, N.A.    Attorney: Sheppard, Mullin, Richter & Hampton LLP
   Steven B. Sacks, Michael M. Lauter, Isaiah Z. Weedn
   Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4109

2. Party: Campeau Goodsell Smith, L.C.    Attorney: Campeau Goodsell Smith, L.C.
   Scott L. Goodsell, William J. Healy
   440 N. 1st Street $100
   San Jose, CA 95113

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

/s/ Ryan A. Stubbe    Date: 11/22/2017

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Jaurigue Law Group
300 W. Glenoaks Blvd. Ste. 300
Glendale, CA 91202

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 15-50801   Doc# 2392   Filed 11/27/17   Entered 11/27/17 16:41:02   Page 2 of 2
Case: 15-50801   Doc# 2398   Filed 11/27/17   Entered 11/27/17 20:04:44   Page 18 of 21   39