1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BROWER,

           Appellant,

     v.

MUFG UNION BANK, N.A.,

           Appellee.

Case No. 17-CV-06799-LHK

**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE**

On November 28, 2017, Appellant Robert Brower filed a notice of appeal of a bankruptcy court order confirming Appellee MUFG Union Bank, N.A.'s third amended combined plan of reorganization and disclosure statement. *See* ECF No. 1.

On January 31, 2018, the Clerk issued a Notice of Briefing, which (1) stated that the Record on Appeal was entered in this Court's docket on January 31, 2018; and (2) set a briefing schedule for the appeal. ECF No. 4. The Notice of Briefing was emailed to Appellant's counsel Ryan A. Stubbe of Jaurigue Law Group. With regards to the briefing schedule, the Notice of Briefing required Appellant to file a principal brief within 30 days "after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket." *Id.*

1

Thus, because the Notice of Briefing gave notice that the Record on Appeal was entered in this Court's docket on January 31, 2018, pursuant to the Notice of Briefing, Appellant had until March 2, 2018 to file his principal brief.

However, as of this date, Appellant has yet to file a principal brief.  Thus, the Court ORDERS Appellant to show cause why this appeal should not be dismissed with prejudice for failure to prosecute.  Plaintiff has until April 2, 2018 to file a written response to this Order to Show Cause.  A hearing on this Order to Show Cause is hereby set for April 6, 2018, at 11:00 a.m. Appellant's failure to respond to this Order and to appear at the April 6, 2018 hearing shall result in dismissal with prejudice of this appeal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 26, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No. 17-CV-06799-LHK
ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE