UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT S. BROWER, SR., <br><br> Appellant, <br><br> v. <br><br> MUFG UNION BANK, N.A., <br><br> Appellee. | Case No. 17-CV-06799-LHK <br><br> **ORDER DISMISSING APPEAL WITH PREJUDICE** |

On November 28, 2017, Appellant Robert Brower filed a notice of appeal of a bankruptcy court order confirming Appellee MUFG Union Bank, N.A.'s third amended combined plan of reorganization and disclosure statement. *See* ECF No. 1.

On January 31, 2018, the Clerk issued a Notice of Briefing, which (1) stated that the Record on Appeal was entered in this Court's docket on January 31, 2018; and (2) set a briefing schedule for the appeal. ECF No. 4. The Notice of Briefing was emailed to Appellant's counsel Ryan A. Stubbe of Jaurigue Law Group. With regards to the briefing schedule, the Notice of Briefing required Appellant to file a principal brief within 30 days "after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket." *Id.* Thus, because the Notice of Briefing gave notice that the Record on Appeal was entered in this

Court's docket on January 31, 2018, pursuant to the Notice of Briefing, Appellant had until March 2, 2018 to file his principal brief.

However, as of March 26, 2018, Appellant had not filed a principal brief. Thus, the Court ordered Appellant to show cause why his appeal should not be dismissed with prejudice for failure to prosecute. ECF No. 5. In its March 26, 2018 order to show cause ("OSC"), the Court directed Appellant to file a written response to the OSC by April 2, 2018, and set a hearing on the OSC for April 6, 2018, at 11:00 a.m. *Id.* at 2. Further, also in the OSC, the Court warned that "Appellant's failure to respond to this Order and to appear at the April 6, 2018 hearing shall result in dismissal with prejudice of this appeal for failure to prosecute." *Id.*

As of this date, April 6, 2018, Appellant has not filed either a principal brief or a written response to the OSC. Appellant's failure to file a written response to the OSC alone constitutes sufficient grounds to dismiss Appellant's appeal with prejudice pursuant to this Court's OSC. Further, at the April 6, 2018 OSC hearing, attorney Theresia Sandhu made a special appearance for Appellant's counsel Jaurigue Law Group and stated that she had been instructed by Jaurigue Law Group to move to dismiss Appellant's appeal with prejudice. As a result, the Court GRANTS Appellant's motion to voluntarily dismiss his appeal with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 6, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-06799-LHK
ORDER DISMISSING APPEAL WITH PREJUDICE